# United States District Court
## Northern District of Illinois
### Eastern Division

Thomas                                **JUDGMENT IN A CIVIL CASE**

        v.                                   Case Number: 04 C 561

Dominick's Finer Foods, Inc., et al.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the case having been dismissed with prejudice, judgment entered in favor of defendants and against plaintiff.

                                                     Michael W. Dobbins, Clerk of Court

Date: 4/16/2008                            _____
                                                     /s/ Michael Dooley, Deputy Clerk